No. 95–1509. LUZIK ET AL. *v.* VIRGINIA ET AL. Sup. Ct. Va. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Auer* v. *Robbins, ante,* p. 452.

No. 95–1905. HILL ET AL. *v.* COLORADO ET AL. Ct. App. Colo. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Schenck* v. *Pro-Choice Network of Western N. Y., ante,* p. 357.

No. 95–1981. GNADT *v.* CASTRO ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Robinson* v. *Shell Oil Co., ante,* p. 337.

No. 95–2088. CITY AND COUNTY OF DENVER *v.* CARPENTER ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Auer* v. *Robbins, ante,* p. 452.

No. 95–6825. MAGNOTTI *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lynce* v. *Mathis, ante,* p. 433.

No. 96–152. GIULIANI, MAYOR OF CITY OF NEW YORK, ET AL. *v.* YOURMAN ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Auer* v. *Robbins, ante,* p. 452.

No. D–1736. IN RE DISBARMENT OF DU BOIS. Disbarment entered. [For earlier order herein, see *ante,* p. 946.]

No. D–1741. IN RE DISBARMENT OF ATKINS. Disbarment entered. [For earlier order herein, see *ante,* p. 961.]

No. D–1744. IN RE DISBARMENT OF EBBERT. Disbarment entered. [For earlier order herein, see *ante,* p. 978.]

No. D–1750. IN RE DISBARMENT OF JACOBS. Disbarment entered. [For earlier order herein, see *ante,* p. 1004.]